RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                        E-FILED
701 Bridger Ave
Suite 820
Las Vegas, NV 89101
(702) 853-4500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:                                                         CASE NO: BKS-09-26084-LBR
MIRNA HERNANDEZ HAUSER

CHAPTER 13

Hearing Date:   January 07, 2010
Hearing Time:   1:30 pm

SANCHEZ LAW GROUP LTD
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #1
COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Rick A. Yarnall, hereby objects to confirmation of Plan and hereby represents the following:

The debtor(s) filed for Chapter 13 relief on 08/28/2009. The 341(a) Meeting of Creditors held on October 06, 2009 at 8:00 am was:

- concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Other: Trustee objects to attorney's fees sought to be paid thru Plan. Attorney's fees exceed amount previously established by attorney; Attorney to provide detailed statement as to the excessive amount of fees sought in this case. Objection to §6.02-6.10 as it does not comply with 11 U.S.C. §1325(a)(1); Motion to avoid lien of deed(s) of trust must be completed prior to confirmation hearing;
- The debtor(s) has failed to cooperate with the Trustee [11 USC 521 (3)] as the following document(s) were not provided:
    - Bank statments: BoA C#2911:Feb-Jul, WM BC#6020:Mar-Jul, WM BC#8929: Feb,Mar,May & July, WF C#6280: Apr,Jun & Jul, WF S#9832: Feb,Mar & Jul, USB C#2113: Apr & Jul
- Plan - Other issues: Objection to the alteration of standard language in Sec 5.03 in contradiction of statement that the verified statement that preprinted text of plan form as not been altered other than any changes stated in Sec 6.02

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00 per quarter the case is pending.

Dated:  November 05, 2009

/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee